

## IN THE UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF VIRGINIA
### Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Criminal Case No. 1:12-cr-00332 |
| v. ) | |
| ) | Honorable Liam O'Grady |
| GENIS JHESSON AMAYA-PENA, ) | |
| also known as "Jenis Yexon Amaya-Pena," ) | |
| "Flaco," and "Juanchope," ) | |
| ) | |
| Defendant. ) | |

### CRIMINAL INFORMATION

THE UNITED STATES ATTORNEY CHARGES THAT:

Between in and around October 2011, the exact date being unknown, through in and around May 2012, in the Eastern District of Virginia and elsewhere, the defendant, Genis Jhesson Amaya-Pena, also known as "Jenis Yexon Amaya-Pena," "Flaco," and "Juanchope" (PENA), did unlawfully, knowingly, and intentionally combine, conspire, confederate, and agree with other persons, both known and unknown, to unlawfully, knowingly, and intentionally distribute five (5) kilograms or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

(In violation of Title 21, United States Code, Section 846.)

Respectfully submitted,

NEIL H. MACBRIDE
United States Attorney



SEAN P. TONOLLI
Assistant United States Attorney
SCOTT B. NUSSBUM
EMILY M. LOEB
Special Assistant United States Attorneys