# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>GENIS JHESSON AMAYA-PENA, )<br>also known as "Jenis Yexon Amaya-Pena," )<br>"Flaco," and "Juanchope," )<br>)<br>Defendant. ) | Criminal Case No. 1:12-cr-00332<br><br>Honorable Liam O'Grady |

## SUPPLEMENT TO POSITION OF THE UNITED STATES WITH RESPECT TO SENTENCING

The United States of America, through its attorneys, Neil H. MacBride, United States Attorney, and Sean P. Tonolli, Assistant United States Attorney, respectfully submits this supplement to its previously filed position with respect to sentencing. The government met with the defendant on November 26, 2012, for a second safety valve debrief. It is now the government's position that he has satisfied all the requirements of the safety valve. Accordingly, the government agrees with the calculation in the PSR that the revised offense level is 27 and the advisory guidelines range is 70 to 87 months. The United States respectfully submits that a sentence of 70 months is reasonable and appropriately accounts for each of the factors set forth in 18 U.S.C. § 3553(a).

        Respectfully submitted,

        NEIL H. MACBRIDE
        United States Attorney


        _/s/_____
        SEAN P. TONOLLI
        Assistant United States Attorney

**CERTIFICATE OF SERVICE**

I hereby certify that on the 27th day of November, 2012, I provided an electronic copy of the foregoing pleading to the United States Probation Officer and filed electronically the same using the CM/ECF system, which will send a notification of such filing (NEF) to the following defense counsel of record:

David Joseph Kiyonaga
510 King St
Suite 400
Alexandria, VA 22314
david.kiyonaga@verizon.net

                                          __/s/_____
                                          Sean P. Tonolli
                                          Assistant United States Attorney
                                          Attorney for United States
                                          U.S. Attorney's Office
                                          2100 Jamieson Avenue
                                          Alexandria, Virginia 22314
                                          Phone: 703-299-3700
                                          Fax: 703-837-8242
                                          Email Address: sean.tonolli@usdoj.gov