IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Criminal No. 1:12-cr-332 |
| v. | ) | |
| | ) | |
| GENIS AMAYA-PENA, | ) | |
| | ) | The Honorable Liam O'Grady |
| Defendant. | ) | |

**RESPONSE OF THE UNITED STATES IN SUPPORT OF DEFENDANT'S
MOTION FOR REDUCTION OF SENTENCE PURSUANT TO 18 U.S.C. § 3582(c)(2)**

The United States of America, by and through undersigned counsel, hereby responds in support of the motion of the defendant for a reduction of sentence pursuant to Title 18, United States Code, Section 3582(c)(2) and U.S.S.G. § 1B1.10. The United States having reviewed the defendant's motion, attached documents, and prison disciplinary records, agrees that the defendant is entitled to a reduction in his current sentence of 70 months to a reduced sentence of 57 months. In all other regards his sentence should remain unchanged.

                                                        Respectfully submitted,

                                                        Dana J. Boente
                                                        United States Attorney

By: _____/s/_____
       Lawrence J. Leiser
       Assistant United States Attorney
       Attorney for the United States
       United States Attorney's Office
       2100 Jamieson Avenue
       Alexandria, VA 22314
       Phone: 703-299-3700
       Fax: 703-299-3981
       Larry.Leiser@usdoj.gov

# CERTIFICATE OF SERVICE

I hereby certify that on June 1, 2015, a true copy of the foregoing pleading was electronically filed with the Clerk of the Courts through the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

>Caroline S. Platt, Esquire
>Counsel for the Defendant
>Assistant Federal Public Defender
>Eastern District of Virginia
>1650 King Street, Suite 500
>Alexandria, VA 22314

Pursuant to the Electronic Case Filing Policies and Procedures, a courtesy copy of the foregoing pleading will be delivered to Chambers within one business day of the electronic filing.

>By: _____/s/_____
>Lawrence J. Leiser
>Assistant United States Attorney
>Attorney for the United States
>United States Attorney's Office
>2100 Jamieson Avenue
>Alexandria, VA 22314
>Phone: 703-299-3913
>Fax: 703-299-3981
>Larry.Leiser@usdoj.gov